**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Chance** First name  **Wade** Middle name  **Britt** Last name and Suffix (Sr., Jr., II, III) | **Alexa** First name  **Lynn** Middle name  **Britt** Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** Include your married or maiden names. |  |  |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-0280 | xxx-xx-8786 |

Debtor 1   **Chance Wade Britt**
Debtor 2   **Alexa Lynn Britt**

Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN |
| **5. Where you live** | **16002 CR 1830**<br>**Lubbock, TX 79424**<br>Number, Street, City, State & ZIP Code<br><br>**Lubbock**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ |

| | |
|---|---|
| Debtor 1 | **Chance Wade Britt** |
| Debtor 2 | **Alexa Lynn Britt** |

Case number *(if known)* _____

---

**Part 2: Tell the Court About Your Bankruptcy Case**

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

---

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No
■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Britt Trucking Company, Inc.** | | | Relationship to you | **Owner** |
| District | **Lubbock District** | When | **3/03/21** | Case number, if known | **21-50031** |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

**11. Do you rent your residence?**

■ No. Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you?

  ☐ No. Go to line 12.

  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1 **Chance Wade Britt**

Debtor 2 **Alexa Lynn Britt**

Case number *(if known)* _____

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____

Name of business, if any

_____

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)*?**

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No. I am not filing under Chapter 11.

☑ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

Number, Street, City, State & Zip Code

Debtor 1 **Chance Wade Britt**
Debtor 2 **Alexa Lynn Britt**

Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 **Chance Wade Britt**

Debtor 2 **Alexa Lynn Britt**

Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
| --- | --- |

**16.** What kind of debts do you have?

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17.** Are you filing under Chapter 7?

■ No. I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| **Part 7:** | **Sign Below** |
| --- | --- |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Chance Wade Britt | /s/ Alexa Lynn Britt |
| --- | --- |
| **Chance Wade Britt** | **Alexa Lynn Britt** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on  **October  4, 2021** | Executed on  **October  4, 2021** |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1   **Chance Wade Britt**

Debtor 2   **Alexa Lynn Britt**

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Max R. Tarbox**                                         Date   **October  4, 2021**

Signature of Attorney for Debtor                                 MM / DD / YYYY

**Max R. Tarbox 19639950**

Printed name

**Tarbox Law, P.C.**

Firm name

**2301 Broadway**
**Lubbock, TX 79401**

Number, Street, City, State & ZIP Code

Contact phone   **(806) 686-4448**              Email address   **jessica@tarboxlaw.com**

**19639950 TX**

Bar number & State

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Chance Wade Britt** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Alexa Lynn Britt** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**   List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

**Chase**
**PO Box 15369**
**Wilmington, DE 19850**

What is the nature of the claim?   **Credit Card**    $26,360.95

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)

_____
Contact

**800-432-3117**
Contact phone

Value of security:            -  _____
Unsecured claim                 _____

**2**

**COMDATA (Barnett & Garcia)**
**P.O. Box 548**
**Brentwood, TN 37024**

What is the nature of the claim?   **Britt Trucking Business Debt**    $30,876.95

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    _____

_____
Contact

B104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Chance Wade Britt** | | |
|---|---|---|---|
| Debtor 2 | **Alexa Lynn Britt** | Case number *(if known)* | |

☐

|  | | Value of security: | - |
|---|---|---|---|
| Contact phone | | Unsecured claim | |

---

**3**

**Dawson County Appraisal District**
**PO Box 797**
**Lamesa, TX 79331**

What is the nature of the claim?  **Mid Cities Trucking**  $2,404,844.00

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)  $2,404,844.00
   Value of security: - $0.00
   Unsecured claim  $2,404,844.00

Contact

Contact phone

---

**4**

**Dawson County Appraisal District**
**PO Box 797**
**Lamesa, TX 79331**

What is the nature of the claim?  **Vehicle taxes/ associated with property taxes**  $23,157.57

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)

Contact

**806-872-7060**
Contact phone

   Value of security: -
   Unsecured claim

---

**5**

**Diamond Fleet Parts, Inc.**
**1925 W 2nd St**
**Odessa, TX 79763**

What is the nature of the claim?  **Britt Trucking Business Debt**  $15,500.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)

Contact

Contact phone

   Value of security: -
   Unsecured claim

---

**6**

What is the nature of the claim?  **Credit Card**  $21,455.25

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1 **Chance Wade Britt**
Debtor 2 **Alexa Lynn Britt**                                    Case number *(if known)* _____

**Discover**
**PO Box 29013**
**Phoenix, AZ 85038**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)

Contact

**800-347-2683**
Contact phone

Value of security:        -  _____
Unsecured claim             _____

---

| 7 | | | | |
|---|---|---|---|---|

**Discover Financial Services**
**PO Box 15316**
**Wilmington, DE 19850**

What is the nature of the claim?    **Credit Card On Credit Report**    $23,690.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)

Contact

**800-347-2683**
Contact phone

Value of security:        -  _____
Unsecured claim             _____

---

| 8 | | | | |
|---|---|---|---|---|

**Divine Energy Services**
**P.O. Box 763**
**Hobbs, NM 88241**

What is the nature of the claim?    **Britt Trucking Business Debt**    $13,038.50

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)

Contact

Contact phone

Value of security:        -  _____
Unsecured claim             _____

---

| 9 | | | | |
|---|---|---|---|---|

**Equify Financial, LLC**
**777 Main Street, Sutie 300**
**Fort Worth, TX 76102**

What is the nature of the claim?    **Britt Trucking Business Debt**    $673,859.38

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

---

B 104 (Official Form 104)                    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                    Page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor 1   **Chance Wade Britt**
Debtor 2   **Alexa Lynn Britt**                 Case number *(if known)*

☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:    -
      Unsecured claim

Contact

Contact phone

---

| **10** | | | |
|---|---|---|---|
| **Field Manning Stone Hawthorn & Aycock**<br>**2112 Indiana Ave.**<br>**Lubbock, TX 79410-1444** | What is the nature of the claim? | **Britt Trucking Business Debt** | $36,535.19 |

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:    -
      Unsecured claim

Contact

Contact phone

---

| **11** | | | |
|---|---|---|---|
| **Four Star Trucking**<br>**P.O. Box 825**<br>**Hobbs, NM 88240** | What is the nature of the claim? | **Britt Trucking Business Debt** | $189,294.00 |

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:    -
      Unsecured claim

Contact

Contact phone

---

| **12** | | | |
|---|---|---|---|
| **Impulse Electric**<br>**P.O. Box 4156**<br>**Midland, TX 79704** | What is the nature of the claim? | **Britt Trucking Business Debt** | $12,838.34 |

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:    -
      Unsecured claim

Contact

Contact phone

---

B 104 (Official Form 104)       **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**       Page 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor 1 | **Chance Wade Britt** | | |
|---|---|---|---|
| Debtor 2 | **Alexa Lynn Britt** | Case number *(if known)* | |

| 13 | | **What is the nature of the claim?** | **John Deere 5075E Cab Tractor Frontier BB5084 7ft STD Box Blade Frontier AP12G FXD PALLETFRK GBLLDR Frontier PHD300 Post Hole Digger Frontier LR509** | **$51,331.45** |

**John Deere Financial**
**PO Box 6600**
**Johnston, IA 50131-6600**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ☑ Yes. Total claim (secured and unsecured)    **$51,331.45**

Contact

**800-356-9033**

Contact phone

Value of security:    - **$0.00**

Unsecured claim    **$51,331.45**

---

| 14 | | **What is the nature of the claim?** | **Britt Trucking Business Debt** | **$122,827.33** |

**M. Freddie Bostic**
**11125 Westridge Drive**
**Odessa, TX 79764**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured)

Contact

Contact phone

Value of security:    -

Unsecured claim

---

| 15 | | **What is the nature of the claim?** | **Britt Trucking Business Debt** | **$18,825.21** |

**M.A.R.S. Metropolitan Accounts Receivable Specialists, Inc.**
**P.O. Box 470910**
**Tulsa, OK 74147-0910**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured)

Contact

Value of security:    -

---

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 5

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **Chance Wade Britt** | | |
|---|---|---|---|
| Debtor 2 | Alexa Lynn Britt | | Case number *(if known)* |

| Contact phone | | Unsecured claim | |

---

**16**

**Murillo Trucking**
**3576 N. Alexander**
**Odessa, TX 79764**

What is the nature of the claim?    **Britt Trucking Business Debt**    $26,400.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)

Contact                                              Value of security:    -
Contact phone                                        Unsecured claim

---

**17**

**Pride Transport**
**P.O. Box 62222**
**San Angelo, TX 76906**

What is the nature of the claim?    **Britt Trucking Business Debt**    $34,695.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)

Contact                                              Value of security:    -
Contact phone                                        Unsecured claim

---

**18**

**Southern Tire Mart**
**PO Box 1000**
**Dept 143**
**Memphis, TN 38148-0143**

What is the nature of the claim?    **Britt Trucking Business Debt**    $15,996.67

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)

Contact                                              Value of security:    -
Contact phone                                        Unsecured claim

---

**19**

**Warren Cat**
**P.O. Box 842116**
**Dallas, TX 75284-2116**

What is the nature of the claim?    **Britt Trucking Business Debt**    $18,264.25

As of the date you file, the claim is: Check all that apply
- ☐ Contingent

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Chance Wade Britt** |
|----------|----------------------|
| Debtor 2 | **Alexa Lynn Britt** |

Case number *(if known)* _____

☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

        Value of security:      - _____

Contact _____

        Unsecured claim      _____

Contact phone _____

---

| **20** | |
|--------|---|

**WTG Fuels**
**Atten: Kristy Brown**
**PO Box 3514**
**Midland, TX 79702**

What is the nature of the claim?    **Britt Trucking**    $240,704.68
                                   **Business Debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact _____

        Value of security:      - _____

Contact phone _____

        Unsecured claim      _____

---

| Part 2: | **Sign Below** |
|---------|----------------|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Chance Wade Britt** _____       X **/s/ Alexa Lynn Britt** _____
   **Chance Wade Britt**                                 **Alexa Lynn Britt**
   Signature of Debtor 1                             Signature of Debtor 2

Date   **October 4, 2021** _____       Date   **October 4, 2021** _____

B 104 (Official Form 104)        **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**        **Page 7**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

BTXN 094 (rev. 5/04)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:                                    §
                                          §
**Chance Wade Britt**                     §        Case No.:
**Alexa Lynn Britt**                      §
                                          §
                                          §
                           Debtor(s)      §
                                          §

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

■ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date:  **October  4, 2021**                    **/s/ Chance Wade Britt**
                                               **Chance Wade Britt**
                                               Signature of Debtor

Date:  **October  4, 2021**                    **/s/ Alexa Lynn Britt**
                                               **Alexa Lynn Britt**
                                               Signature of Debtor

Date:  **October  4, 2021**                    **/s/ Max R. Tarbox**
                                               Signature of Attorney
                                               **Max R. Tarbox 19639950**
                                               **Tarbox Law, P.C.**
                                               **2301 Broadway**
                                               **Lubbock, TX 79401**
                                               **(806) 686-4448   Fax: (806) 368-9785**

                                                **xxx-xx-0280**
                                               Debtor's Social Security/Tax ID No.

                                                **xxx-xx-8786**
                                               Joint Debtor's Social Security/Tax ID No.

Advanced Auto Repair
2003 Seminole Rd.
Lamesa, TX 79331


American Momentum Bank
6533 82nd Street
Lubbock, TX 79424


Amigos Pipe and Equipment
P.O. Box 69608
Odessa, TX 79769-0508


Beck Crane & Rigging, LLC
P.O. Box 687
Denver City, TX 79323


Bill William Tire Center
P.O. Box 1000
Memphis, TN 38148


Billy Ray Smith
c/o Brandi R. Manning
Long-Weaver & Manning


Bragg Crane
824 South Grandview
Odessa, TX 79761


Cardmember Service
PO Box 6294
Carol Stream, IL 60197


Carrol G. Robinson
Nekketta M. Archia
4203 Yoakum Blvd. Ste. 310
Houston, TX 77006

Chase
PO Box 901076
Ft Worth, TX 76101-2076


Chase
PO Box 15369
Wilmington, DE 19850


Cirro Energy
2745 Dallas Pwy #200
Plano, TX 75093


Citi
PO Box 6704
Sioux Falls,, SD 57014


COMDATA (Barnett & Garcia)
P.O. Box 548
Brentwood, TN 37024


Commercial Electric
P.O. Box 548
Wolfforth, TX 79382


Cougar Cleaning
Box 13895
Odessa, TX 79768-3985


Courtney Jane Hull
P.O. Box 12548
Austin, TX 78711


Culligan Water
6024 43rd Street
Lubbock, TX 79407

Culligan Water Conditioning
PO Box 2955
Lubbock, TX 79408


Data Search
PO Box 461289
San Antonio, TX 78246


David Staab
Haynes & Boone, LLP
301 Commerce Street
Fort Worth, TX 76102


Dawson County Appraisal District
PO Box 797
Lamesa, TX 79331


Dax Voss
Field Manning Stone Hawthorne & Aycock
2112 Indiana Avenue
Lubbock, TX 79410


Deirdre Carey Brown
Forshey & Prostok LLP
1900 Post Oak Blvd Ste. 2400
Houston, TX 77056


Delta Land Surveying, LLC
1310 Jarvis Street
Lubbock, TX 79403


Department of the Treasury
PO Box 1214
Charlotte, NC 28201-1214


Desert Energy
3341 TX-338 Loop
Odessa, TX 79764

Diamond Fleet Parts, Inc.
1925 W 2nd St
Odessa, TX 79763


Discover
PO Box 29013
Phoenix, AZ 85038


Discover Financial Services
PO Box 15316
Wilmington, DE 19850


Divine Energy Services
P.O. Box 763
Hobbs, NM 88241


Equify Financial, LLC
777 Main Street, Sutie 300
Fort Worth, TX 76102


Field Manning Stone Hawthorn & Aycock
2112 Indiana Ave.
Lubbock, TX 79410-1444


Ford Motor Credit
PO Box 105704
Atlanta, GA 30348


Ford Motor Credit Co.
PO Box 542000
Omaha, NE 68154


Four Star Trucking
P.O. Box 825
Hobbs, NM 88240

Ideal Derrick & Structures
2970 South CR West
Odessa, TX 79766


Impulse Electric
P.O. Box 4156
Midland, TX 79704


Interstate Battery
P.O. Box 53899
Lubbock, TX 79453


Jared M. Moore
Cotton, Bledsoe, Eighe & Dawson, P.C.
P.O. Box 2776
Midland, TX 79702


Jeff Seckel
McGuire, Craddock & Stother, P.C.
2501 N. Harwood Street  Ste. 1800
Dallas, TX 75201


John C. Sims
Attorney at Law
PO Box 10236
Lubbock, TX 79408


John Deere Financial
PO Box 6600
Johnston, IA 50131-6600


Johnson, Miller & Company
Two Faskin Center
550 West Texas Ave.   Ste. 1000
Midland, TX 79701


Justin W. Low
The Law Office of Justin W. Low
1400 N. Grandview
Odessa, TX 79761

K & S Insurance Agency
6520 University Ste. 3
Lubbock, TX 79423


Laura Monroe
Perdue, Brandon, Fielder, Collins & Mott
PO Box 817
Lubbock, TX 79408


LIthia Motors
P.O. Box 4186
Portland, OR 97208-4186


Lone Star Mobile Medical
Building 13-B
6102 82nd
Lubbock, TX 79424


Longley Diesel & Equipment
4509 Ioana St.
Lubbock, TX 79415


M. Freddie Bostic
11125 Westridge Drive
Odessa, TX 79764


M.A.R.S. Metropolitan
Accounts Receivable Specialists, Inc.
P.O. Box 470910
Tulsa, OK 74147-0910


Mark Harmon
P.O. Box 1738
Lubbock, TX 79408


Matheson Tri-Gas, Inc.
Dept. 3028
P.O. Box 123028
Dallas, TX 75312-6728

Medical Arts Hospital
PO Box 816165
Dallas, TX 75381


Michael Santana Trucking
589 E. Harrisburg St.
Odessa, TX 79766


Mid Cities Trucking, Inc.
16002 CR 1830
Lubbock, TX 79424


Mr. Cooper
PO Box 818060
5801 Postal Road
Cleveland, OH 44181


Murillo Trucking
3576 N. Alexander
Odessa, TX 79764


NAPA Auto Parts
409 32nd Street
Odessa, TX 79761


Omnitracs, LLC
P.O. Box 54210
Los Angeles, CA 90074-4210


Paul E. Mansur
Attorney at Law
114 S. Main
Seminole, TX 79360


Pension Planning Consultants
6201 Uptown Blvd. NE  Ste. 100
Albuquerque, NM 87110

Performance Drilling Company, Inc.
3021 US-80
Brandon, MS 39042


Pilot-Thomas Logistics
P.O. Box 677732
Dallas, TX 75267


Pride Transport
P.O. Box 62222
San Angelo, TX 76906


Rafael Rodriguez
Todd, Barron, Thomason, Judman, Bebout &
 Rodriguez
3800 E. 42nd Street  Ste. 409
Odessa, TX 79762


Regeneration Service
P.O. Box 7533
Midland, TX 79708


Rig Trucking
188 Eagle Pass Lane
Weatherford, TX 76087


Rockey Kelley
c/o Brandi R. Manning
Long-Weaver & Manning, LLP
222 S. Main Street
Big Spring, TX 79721


Service Bureau
6102 Chicago Ave Ste 100
Lubbock, TX 79424


South Plains Surgical Associates
1120 West Loop 289 Ste 230
Lubbock, TX 79416

Southern Tire Mart
PO Box 1000
Dept 143
Memphis, TN 38148-0143


Sparklight Cabelone
P.O. Box 78000
Phoenix, AZ 85062-8000


Spirit of Texas
PO Box FB
College Station, TX 77841-5102


Star ER
7007 Indiana
Lubbock, TX 79413


State Rubber & Environmental Solutions
P.O. Box 732
Denver City, TX 79323


Teinert Metals
P.O. Box 3217
Lubbock, TX 79452


Texas Comptoller of Public Account
P.O. Box 12548
Austin, TX 78711-2548


Texas Fuel Services
4220 Laura Koppe Rd.
Houston, TX 77016


Texas Tech Federal Credit Union
1802 Texas Tech Parkway
Lubbock, TX 79409

Toms Pilot Car Service
P.O. Box 1511
Hobbs, NM 88241


Transworld Systems, Inc.
1105 Schrock Systems, Inc.
Columbus, OH 43229


U.S. Retailers, LLC
d/b/a Cirro Energy
1000 Main Street
Houston, TX 77002


UMC Lubbock
602 Indiana
Lubbock, TX 79415


Warren Cat
P.O. Box 842116
Dallas, TX 75284-2116


Watkins Manufacturing
P.O. Box 12767
Odessa, TX 79768


Wells Fargo
PO Box 5265
Sioux Falls, SD 57117


Whitehouse Meat Market
7270 State Hwy 191, Ste. 21
Odessa, TX 79765


Winches, Inc.
3356 Kermit Hwy
Odessa, TX 79764

WTG Fuels
Atten: Kristy Brown
PO Box 3514
Midland, TX 79702


Wyatt Pump
6216 66th Street Ste 1924
Lubbock, TX 79424